IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEDIDIAH MURPHY, | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION<br>NO. __23-cv-1199_____ |
| BOBBY LUMPKIN, Director of<br>Correctional Institutions,<br>Texas Dept. of Criminal Justice | *<br><br>* | |
| | | **CAPITAL CASE** |
| KELLY STRONG, Warden, Texas<br>State Penitentiary, Huntsville Unit | * | |
| | * | |
| BRYAN COLLIER, Executive Director<br>Texas Dept. of Criminal Justice | * | 1 |
| Defendants | **\*** | **EXECUTION SET<br>OCTOBER 10, 2023** |
| | * | |

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jedidiah Isaac Murphy, declare, depose, and say that I am the

Plaintiff in the above-entitled case. In support of my motion to proceed

without being required to prepay fees, costs or give security therefore, I state

that because of my poverty, I am unable to pay in advance the filing fee for

said proceedings or to give security for the filing fee. I believe I am entitled

to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

a. Business, profession or form of self-employment? Yes **(No)**

b. Rent payments, interest or dividends? Yes **(No)**

c. Pensions, annuities or life insurance payments? Yes **(No)**

d. Gifts or inheritances? Yes **(No)**

e. Family or friends? **(Yes)** No

f. Any other sources? Yes **(No)**

If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

I receive $200.00 a month from

Vivian E. Schwarz.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts? **(Yes)** No

If you answered YES, state the total value of the items owned.

$300.00

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?    Yes (No)

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __18__ day of _September_ , 2023.

_Jedidiah Murphy_ #999392
Signature of Plaintiff    ID number

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/21/23
1EEQ/FR00086              IN-FORMA-PAUPERIS DATA                 14:10:41
TDCJ#: 00999392 SID#: 05280958 LOCATION: POLUNSKY        INDIGENT DTE:
NAME: MURPHY,JEDIDIAH ISAAC               BEGINNING PERIOD: 03/01/23
PREVIOUS TDCJ NUMBERS: 00687358
CURRENT BAL:        169.92 TOT HOLD AMT:        0.00 3MTH TOT DEP:      600. )
6MTH DEP:       1,028.96 6MTH AVG BAL:       487.57 6MTH AVG DEP:       171. )
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/23      530.10          300.00       05/23      615.27          128.96
07/23      596.47          300.00       04/23      635.26            0.00
06/23      519.62            0.00       03/23    1,266.57          300.00
```

STATE OF TEXAS COUNTY OF *Polk*
ON THIS THE *21* DAY OF *September* , *2023* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG *R. Furlee*
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: *00999392* OR SID NUMBER: *05280958*



Randi Furbee
Notary Public, State of Texas
Notary without Bond
Comm. Expires 02/08/2027
Notary ID 134237191