IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEDIDIAH MURPHY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | ACTION NO. 1:23-CV-01199-RP-SH |
| § | (Death Penalty Case) |
| BOBBY LUMPKIN, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, et al. § | |
| § | |
| Defendants. § | |

**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal civil rights proceeding filed pursuant to 42 U.S.C. § 1983 by Texas death row inmate Jedidiah Murphy. The undersigned attorney hereby enters this appearance of counsel on behalf of Defendants and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    JOSH RENO
    Deputy Attorney General
    for Criminal Justice

    EDWARD L. MARSHALL
    Chief, Criminal Appeals Division

1

|                | /s/ Ali M. Nasser |
|---|---|
| *Lead Counsel  | ALI M. NASSER* |
|                | Assistant Attorney General |
|                | State Bar No. 24098169 |
|                | Southern ID No. 2936065 |

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do herby certify that on October 5, 2023, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Catherine Clare Bernhard
LAW OFFICE OF CATHERINE CLARE BERNHARD
P.O. Box 506
Seagoville, TX 75159
(972)-294-7262
(972) 421-1604
cbernhard@sbcglobal.net

/s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General