# DEFENDANTS' EXHIBIT A

**Records of Lab Testing Results Related to the Lethal Injection Drugs in TDCJ's Possession**

# AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Bobby Lumpkin, who, being by me duly sworn, deposed as follows:

"My name is Bobby Lumpkin, I am over eighteen years of age, of sound mind, capable of making this affidavit, and I have personal knowledge of the facts stated herein. I am employed by the Texas Department of Criminal Justice (TDCJ), and I serve as the Director of the Correctional Institutions Division.

Attached are true and correct copies of *lab testing results related to the lethal injection drugs currently in the possession of the TDCJ intended for use in the execution procedure*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and as a regular practice of the TDCJ and were made at or near the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct."

Further Affiant sayeth not.

_____
Bobby Lumpkin
Director
Correctional Institutions Division
Texas Department of Criminal Justice

SWORN AND SUBSCRIBED before me by Bobby Lumpkin on this the 4th day of October, 2023, to certify which witness my hand and seal of office.

Julie K. Wheat
ID# 13148701-4
Notary Public, State of Texas
My Commission Expires
12/02/2026
Notary Without Bond

_____
Notary Public, State of Texas



# LABORATORY REPORT

Account #: ▉
Sample Name: pentobarbital sodium injection 50mg/mL
Lot #: ▉
Storage Conditions: Room Temperature

Date Received: 9/14/2023

Submission #: ▉

## Chemistry Tests:

**Potency (Solution) (Pentobarbital Sodium : 50.00000 mg/mL)**   Date Started: 9/19/2023   Date Completed: 9/21/2023
- Measured Concentration: 47.1 mg/mL
- Potency: 94.2 %
- Method: USP<621>
- Disclaimer: The potency method(s) used for testing passed system suitability requirements per ▉. Product-specific method validation is not available for this sample.

## Microbiology Tests:

**ScanRDI Sterility Test**   Date Started: 9/15/2023   Date Completed: 9/22/2023
- Result: Pass

**USP <85> Bacterial Endotoxin Test**   Date Started: 9/15/2023   Date Completed: 9/15/2023
- Numerical Value: <1 EU/mL
- Endotoxin Limit: 5 EU/mL
- Result: Pass

Respectfully submitted,

Print Date: 9/22/2023 2:17:15 PM



# LABORATORY REPORT

Account #:
Sample Name: pentobarbital sodium injection 50mg/mL
Lot #:
Storage Conditions: Room Temperature

Submission #:

Date Received: 9/14/2023

## Chemistry Tests:

**Potency (Solution) (Pentobarbital Sodium : 50.00000 mg/mL)**    Date Started: 9/19/2023    Date Completed: 9/21/2023
- Measured Concentration: 50.0 mg/mL
- Potency: 100.0 %
- Method: USP<621>
- Disclaimer: The potency method(s) used for testing passed system suitability requirements per ▉. Product-specific method validation is not available for this sample.

## Microbiology Tests:

**ScanRDI Sterility Test**    Date Started: 9/15/2023    Date Completed: 9/15/2023
- Result: Pass

**USP <85> Bacterial Endotoxin Test**    Date Started: 9/15/2023    Date Completed: 9/22/2023
- Numerical Value : <2 EU/mL
- Endotoxin Limit: 5 EU/mL
- Result: Pass

Respectfully submitted,

Print Date: 9/22/2023 3:19:39 PM