# DEFENDANTS'

# EXHIBIT B

**Step 1 Grievance Record Regarding Damaged Drugs**

*Date for Oct 10TH!*

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2024007732

Date Received: SEP 19 2023

Date Due: 10-29-23

Grievance Code: 020

Investigator ID #: I 2731

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jedidich Isaac Murphy     TDCJ # 999392

Unit: Polunsky     Housing Assignment: 12/AA/02

Unit where incident occurred: Huntsville Walls Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer Amos, Officer Lee     When? 9/18/23

What was their response? They don't know anything about it.

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The execution drugs were likely impacted by the historic fire at the Huntsville Walls Unit. As a result, there is a high chance that the drugs are damaged and will not work correctly, leading to a botched execution.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
_That the State NOT USE the drugs impacted by the fire._

**Offender Signature:** _Jedidiah L Murphy_          **Date:** _9/18/23_

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.  *
☐ 3. Originals not submitted.  *
☐ 4. Inappropriate/Excessive attachments.  *
☐ 5. No documented attempt at informal resolution.  *
☐ 6. No requested relief is stated.  *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible.  *
☐ 11. Inappropriate.  *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**