# DEFENDANTS'
# EXHIBIT C
**Lethal Injection Grievances Records**

AFFIDAVIT

THE STATE OF **TEXAS** §

COUNTY OF **WALKER** §

BEFORE ME, the undersigned authority, on this day personally appeared Jessica,Riley, who, being by me duly sworn, deposed as follows:

My name is Jessica Riley and I am an employee of the Texas Department of Criminal Justice (TDCJ), a governmental agency. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records for the Inmate Grievance Department, a part of the TDCJ located in Huntsville, Texas. Attached are true and correct copies of *the grievances filed by inmate Murphy, Jedidiah TDCJ#00999392 CN#3.10-CV-00163, for the time period of his incarceration*, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

"Further Affiant sayeth not."

**Jessica Riley**
Manager II
Inmate Grievance Department
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned notary public, on the 19th day of JULY, 2023.

NOTARY PUBLIC, STATE OF TEXAS

CATHY MARTINEZ
Notary Public-State of Texas
Notary ID #13259225-6
Commission Exp. JULY 22, 2024
Notary without Bond

Cathy Martinez
Notary's Printed Name

My Commission Expires:
July 22, 2024

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Ret'd to Offender: _____

Offender Name: _Jedidiah I. Murphy_    TDCJ # _999392_

Unit: _Polunsky_    Housing Assignment: _12/AA/02_

Unit where incident occurred: _Polunsky Unit_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Officer Moriarity, Officer Amos_    When? _July 5, 2023_

What was their response? _That they did not know anything about it_

What action was taken? _None_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_There is a statute in Texas law that states we are to be embalmed after execution and I cannot be embalmed because of my being Jewish. I don't want to be embalmed because of my religious beliefs and because it is against Mosaic/ Jewish Law. I am concerned about this and that is why I am filing this grievance._

JUL 0 6 2023

---

**Action Requested to resolve your Complaint.**

_That TDCJ (NOT) embalm me because it is a violation of my religious rights and beliefs._

Offender Signature: _Jedidiah S. Murphy_       Date: 7 / 5 / 23

Grievance Response:

Signature Authority: _____       Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☒ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _S. Losoya  S. Losoya UGI I_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**I-127 Back** (Revised 11-2010)

<table>
<tr><th colspan="2">OFFICE USE ONLY</th></tr>
<tr><td>Initial Submission</td><td>UGI Initials: SL</td></tr>
<tr><td colspan="2">Grievance #: 2023127342</td></tr>
<tr><td colspan="2">Screening Criteria Used: #8 999</td></tr>
<tr><td colspan="2">Date Recd from Offender: JUL 0 6 2023</td></tr>
<tr><td colspan="2">Date Returned to Offender: JUL 0 6 2023</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2023110165

UGI Recd Date: JUN 2 3 2023

HQ Recd Date: JUN 27 2023

Date Due: 8-2-23

Grievance Code: D20

Investigator ID#: I1600

Extension Date: _____

Offender/Name: _Jedidiah I. Murphy_   TDCJ # _999392_

Unit: _Polunsky_   Housing Assignment: _12/AA/02_

Unit where incident occurred: _Polunsky Unit_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

The response is insufficient because TDCJ continues to incorrectly define the term "expired". I believe TDCJ is using expired drugs for executions. TDCJ is not following execution protocols. I believe the lethal drugs are not pentobarbitol. For these reasons, my execution will violate State law and my Texas and Constitutional rights.

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____

_____

_____

_____

_____

**Offender Signature:** _Jedidiah S. Murphy_          **Date:** 6 / 22 / 23

**Grievance Response:**

Your claims have been investigated by the Central Grievance Office.  TDCJ does not and will not use expired drugs to perform any execution. No further action is warranted by this office.

**Signature Authority:** _J. Eel_          **Date:** 6/28/23

Returned because:     *Resubmit this form when corrections are made.*

☐ 1.  Grievable time period has expired.

☐ 2.  Illegible/Incomprehensible.*

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments.*

☐ 5.  Malicious use of vulgar, indecent, or physically threatening language.

☐ 6.  Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

  (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

  (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

  (check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)          Appendix G



# Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023110165

Date Received: MAY 25 2023

Date Due: 7/4/23

Grievance Code: O20

Investigator ID #: I2845 J.2879

Extension Date: _____

Date Retd to Offender: JUN 13 2023

Offender Name: Jedidiah T. Murphy    TDCJ # 999392

Unit: Polunsky    Housing Assignment: 12/AA/02

Unit where incident occurred: Polunsky Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Enrriques/officer Morris    When? 5/25/23

What was their response? Officer Morris had no answer and neither did the warden

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I believe TDCJ is using expired drugs for executions. TDCJ is not following execution protocals. I believe the lethal drugs are not pentobarbitol. For these reasons, my execution will violate State law and my Texas and Federal Constitutional rights.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
_For TDC to use the proper drugs in executions and to stop storing and administering_
_pentobarbitol in a way that violates accepted scientific guidelines._

**Offender Signature:** _Jedidiah Murphy_                                **Date:** 5/25/23

**Grievance Response:**

*TDCJ does not and will not use expired drugs to perform any execution. No further action is warranted at this time.*

**B. JACKSON, WARDEN**

**Signature Authority:** _____                        **Date:** JUN 0 9 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)