IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| JEDIDIAH MURPHY, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| | § | CIV. ACT. NO. 1:23–CV–01199 |
| v. | § | **DEATH PENALTY CASE** |
| | § | |
| BOBBY LUMPKIN et al., | § | |
| *Defendants.* | § | |

# ORDER

Having considered the parties' briefs, Plaintiff's motion for a stay of execution is hereby DENIED.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2023.

_____
JUDGE PRESIDING